| PROB 22 (Rev. 11/23) | | DOCKET NUMBER *(Tran. Court)* 22CR00395-1 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* **25-409** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Seth Markin Washington Crossing, PA | DISTRICT SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Edgardo Ramos | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/27/2025 | TO 01/26/2028 |

OFFENSE

Conspiracy to Commit Securities Fraud and Tender Offer Fraud, in violation of 15 USC 78j(b), a Class C Felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Markin currently lives and works in the Eastern District of Pennsylvania and does not plan to move out of EDPA.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/12/2025
Date

*United States District Judge*

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Seth Markin supervision from the Southern District of New York to the Eastern District of Pennsylvania, the sealed records of the Court in the above-styled matter relating to Seth Markin are unsealed for the limited purpose of transferring those records to the United States District Court for the Eastern District of Pennsylvania and to the Probation Department in that district.

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

Oct. 24, 2025
Effective Date

*United States District Judge*